IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY S. CODY,<br><br>                      Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>                      Respondent. | **8:24CV45**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court for case management. On August 9, 2024, the Court denied Petitioner's motion seeking leave to proceed IFP and ordered him to pay the filing fee in the amount of $5.00 within 30 days. *See* Filing No. 7. To date, Petitioner has not paid the initial partial filing fee or asked for an extension of time in which to do so. Accordingly, the Court will require Petitioner to show cause why this case should not be dismissed for his failure to pay the initial partial filing fee.

IT IS THEREFORE ORDERED that:

1. Petitioner will have 30 days to show cause why this case should not be dismissed for failure to pay the initial partial filing fee. In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

2. Because the filing fee has not yet been paid, the Court will suspend the November 7, 2024, deadline for Respondent to file state court records in support of an answer or a motion for summary judgment. *See* Filing No. 8. When the filing fee issue is resolved, the Court will enter an order resetting Respondent's deadline as appropriate.

3. The Clerk of Court is directed to set a pro se case management deadline in this case using the following text: **October 25, 2024**: check for response to show cause order.

Dated this 25th day of September, 2024.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge