IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY S. CODY,<br><br>    Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>    Respondent. | **8:24CV45**<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the Court on its own motion. The Court previously denied Petitioner Gregory S. Cody's Motion for Leave to Proceed In Forma Pauperis because Petitioner's prisoner trust account contained an average monthly balance of $100 or more for the six-month period immediately preceding the filing of the petition. *See* Filing No. 7. As such, the Court ordered Petitioner to pay the $5.00 filing fee because he has the financial ability to do so. *Id*. The Court warned Petitioner that failure to pay the filing fee could result in dismissal of his case without further notice. *Id*.

  Petitioner did not pay the filing fee, and the Court ordered Petitioner to show cause why this case should not be dismissed that failure to pay the filing fee. Filing No. 11 (the "Show Cause Order"). In its Show Cause Order, the Court ordered Petitioner to update his address and pay the $5.00 filing fee on or before January 13, 2025. *Id*. at 2. The Court warned that in the absence of cause shown, this case would be dismissed without prejudice and without further notice. *Id*. The January 13, 2025, deadline has passed, and Petitioner has not paid the filing fee or otherwise responded to the Show Cause Order. Therefore, this action is dismissed.

IT IS THEREFORE ORDERED:

1. Petitioner Gregory S. Cody's Petition is dismissed without prejudice because he failed to comply with the Court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated this 16th day of April, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge